**UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

**UNITED STATES OF AMERICA,**

                                                          **DOCKET NO.  3:15CR38**

                **V.**                                                                    **ORDER**

**CAROLINA CAMACHO**

_____

   **THIS MATTER IS BEFORE THE COURT** on Defendant's Pending Motion,  (Doc. No.39 to add Exhibits for Medical Purpose and Seal. Doc No. 41  Motion to seal.

   **IT IS ORDERED**, that Defendant's Motion (Doc. No. 39 & 41) are  **GRANTED.**

Signed: October 13, 2021

Frank D. Whitney
United States District Judge