UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:15-CR-00038-FDW-DSC

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| v. | ) | |
| | ) | **ORDER** |
| CAROLINA CAMACHO, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Defendant's Pro Se Motion for Compassionate Release, (Doc. No. 47), which is her second compassionate release motion, filed on February 7, 2023. The Court DENIES AS MOOT the motion. While Defendant's motion for compassionate release was pending, Defendant was released from the custody of the Bureau of Prisons. (See https://www.bop.gov/inmateloc/ visited 5/4/2023). After reviewing the specific relief requested by Defendant in her motion and her particularly arguments asserted in support thereof, the Court DENIES AS MOOT Defendant's motion.

**IT IS, THEREFORE, ORDERED** that the Motion, (Doc. No. 47), is DENIED AS MOOT.

**IT IS SO ORDERED.**

_____
Frank D. Whitney
United States District Judge